**Kathleen ARNOLD, Appellant,**

v.

**CHARTER COMMUNICATIONS
and Division of Employment
Security, Respondents.**

**No. ED 92910.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 24, 2009.

Kathleen Arnold, Hillsboro, MO, pro se.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, P.J., GEORGE W. DRAPER III, J., and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

Kathleen Arnold appeals the Labor and Industrial Relations Commission's decision to deny her unemployment benefits. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).